# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

MARCUS D. MITCHELL,

    Plaintiff,

v.                                Case No. 3:18-cv-2139-LC/MJF

TAYLOR BROWNE,

    Defendant.

_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 13, 2019. (ECF No. 15). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This action is **DISMISSED** without prejudice for failure to pay the filing fee and failure to comply with court orders.

3. The clerk of court is directed to close the case file.

**DONE AND ORDERED** this 10th day of October, 2019.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**